## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

IN RE: APPLICATION OF KATHLEEN G. : No. 57 MM 2015
KANE, ATTORNEY GENERAL OF THE :
COMMONWEALTH OF PENNSYLVANIA, :
REQUESTING AN ORDER DIRECTING :
THAT AN ADDITIONAL MULTICOUNTY :
INVESTIGATING GRAND JURY HAVING :
STATEWIDE JURISDICTION BE :
CONVENED :

## ORDER

**AND NOW**, this 15th day of April, 2015, upon consideration of the application of Kathleen G. Kane, Attorney General of the Commonwealth of Pennsylvania, and it appearing to the Court that the granting of the application is appropriate under the Investigating Grand Jury Act, 42 Pa.C.S. §§ 4541 *et seq.*, it is hereby **ORDERED** as follows:

1.     The Attorney General's Application requesting an Order directing that an additional multicounty investigating grand jury having statewide jurisdiction ("Thirty-Eighth Statewide Investigating Grand Jury") be convened is hereby **GRANTED**.

2.     The Honorable Thomas G. Gavin, Judge of the Court of Common Pleas, Fifteenth Judicial District, Chester County, Pennsylvania, is hereby designated as Supervising Judge of the Thirty-Eighth Statewide Investigating Grand Jury.     All applications and motions relating to the work of the Thirty-Eighth Statewide Investigating Grand Jury—including motions for disclosure of grand jury transcripts and evidence—shall be presented to said Supervising Judge.     With respect to investigations, presentments, reports, and all other proper activities of the Thirty-Eighth

Statewide Investigating Grand Jury, Judge Gavin, as Supervising Judge, shall have jurisdiction over all counties throughout the Commonwealth of Pennsylvania. Judge Gavin may temporarily designate another Judge who has been appointed by this Court as the Supervising Judge of a multicounty investigating grand jury having statewide jurisdiction to act as Acting Supervising Judge of the Thirty-Eighth Statewide Investigating Grand Jury when he is absent or otherwise unavailable.

3. Montgomery County is designated as the location for the Thirty-Eighth Statewide Investigating Grand Jury proceedings.

4. The Court Administrator of Pennsylvania is directed to draw six counties at random from the Eastern District of Pennsylvania pursuant to the provisions of Rule 241(a)(1) of the Pennsylvania Rules of Criminal Procedure, Pa.R.Crim.P. 241(a)(1), and these six counties, plus Montgomery County, shall together supply jurors for the Thirty-Eighth Statewide Investigating Grand Jury.

5. The Court Administrator of Pennsylvania is directed to obtain the names and addresses of persons residing in the aforesaid counties who are eligible by law to serve as grand jurors pursuant to the provisions of Rule 241(a)(2) of the Pennsylvania Rules of Criminal Procedure, Pa.R.Crim.P. 241(a)(2).

6. The total of such names of prospective jurors to be collected shall be two hundred, of which fifty shall be selected at random and summoned by the Court Administrator of Pennsylvania to Montgomery County. The Supervising Judge shall impanel the Thirty-Eighth Statewide Investigating Grand Jury from this panel of fifty prospective jurors. If it becomes necessary, additional prospective jurors shall be

summoned by the Supervising Judge from among the remaining one hundred fifty prospective jurors.

7. The Thirty-Eighth Statewide Investigating Grand Jury will remain in session for not more than eighteen months following the date that it is impaneled by the Supervising Judge.

8. The Attorney General of the Commonwealth of Pennsylvania, or her designee in charge of the Thirty-Eighth Statewide Investigating Grand Jury, may apply, if necessary, to the Supervising Judge for an extension of the term of the Thirty-Eighth Statewide Investigating Grand Jury for an additional period of up to six months, if, at the end of its original term, the Investigating Grand Jury determines by majority vote that it has not completed its business. The Grand Jury's term, including any extension thereof, shall not exceed twenty-four months from the date it was originally impaneled by the Supervising Judge.

THOMAS G. SAYLOR

Chief Justice of Pennsylvania